UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA M. SCIFRES MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER, INDIANA DEPARTMENT )<br>OF HEALTH in her official capacity, )<br>INDIVIDUAL MEMBERS OF THE MEDICAL )<br>LICENSING BOARD OF INDIANA in their )<br>official capacity, )<br>)<br>Defendants. ) | No. 1:24-cv-02262-RLY-MJD |

**ORDER**

This matter is before the Court on Plaintiff's motion requesting a telephonic status conference to discuss matters relating to the motion for preliminary injunction filed by Plaintiff on December 31, 2024. [Dkt. 12.] The motion is **GRANTED**. This matter is set for a telephonic status conference on **Tuesday, January 7, 2025, at 10:30 am (Eastern)**, to discuss a schedule for resolution of the pending Motion for Preliminary Injunction. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 2 JAN 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Case 1:24-cv-02262-RLY-MJD    Document 13    Filed 01/02/25    Page 2 of 2 PageID #: 113