UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA M. SCIFRES, MD, <br>     Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA DEPARTMENT <br> OF HEALTH, in her official capacity, *et al.*, <br>     Defendants. | ) <br> ) <br> ) Case No. 1:24-cv-2262-RLY-MJD <br> ) <br> ) STATEWIDE RELIEF SOUGHT <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S STATEMENT AUTHORIZING THE UNSEALING OF DEFENDANTS' NOTICE OF SEALED EXHIBITS ONLY [DOC. 37]**

On January 24, 2025, the Court entered a Stipulated Protective Order, which stated that, in the course of discovery, any party or non-party who produces protected information in the action may designate it as "Confidential" consistent with the terms of the order. [*See* Doc. 28.] Pursuant to the Stipulated Protective Order, Plaintiff Christina M. Scifres, MD previously marked the exhibits included within Defendants' Notice of Sealed Exhibits Only [Doc. 37] as "Confidential" in the discovery process. As a result of the "Confidential" designations, Defendants filed a Motion to Maintain Documents Under Seal [Doc. 38] as required by S.D. Ind. Local Rule 5-11.

Pursuant to S.D. Ind. Local Rule 5-11(d)(5), Dr. Scifres hereby authorizes the unsealing of Doc. 37 in its entirety, including Docs. 37-1, 37-2, 37-3, 37-4, 37-5, 37-6, 37-7, 37-8, 37-9, 37-10, and 37-11.

Dated: February 27, 2025

Respectfully submitted,

/s/ Libby Yin Goodknight
Libby Yin Goodknight, Atty. No. 20880-49
Stephanie T. Eckerle, Atty. No. 27091-49
Alexandra Wilson Pantos, Atty. No. 37003-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Telephone:  (317) 636-4341
Facsimile:   (317) 636-1507
lgoodknight@kdlegal.com
seckerle@kdlegal.com
awilson@kdlegal.com

Marc T. Quigley, Atty. No. 21054-53
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone:  (317) 566-1110
Facsimile:   (317) 636-1507
mquigley@kdlegal.com

*Attorneys for Plaintiff Christina M. Scifres, MD*

KD_16100113_2.docx