UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHRISTINA M. SCIFRES MD,                )
                                        )
              Plaintiff,                )
                                        )
       v.                               )          No. 1:24-cv-02262-RLY-MJD
                                        )
COMMISSIONER, INDIANA DEPARTMENT        )
OF HEALTH in her official capacity, et al., )
                                        )
              Defendants.               )


**MINUTE ENTRY FOR MARCH 31, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared by counsel for a telephonic Status Conference.  The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Tuesday, May 6, 2025 at 2:30 p.m. (Eastern)** to discuss case status, as well as the parties' readiness for the upcoming settlement conference.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.


Dated:  31 MAR 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.