UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTINA M. SCIFRES MD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02262-RLY-MJD |
| | ) | |
| COMMISSIONER, INDIANA DEPARTMENT OF HEALTH in her official capacity, et al., | ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR MAY 6, 2025
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery, as well as the parties' readiness for the upcoming settlement conference. With the agreement of the parties, the Court hereby converts the June 12, 2025 settlement conference from in-person to **telephonic**. The parties shall attend the settlement conference by calling the designated telephone number, to be separately provided by the Court. All other requirements of the Court's order scheduling the settlement conference [Dkt. 44 at 1-4] remain in effect.

Dated: 6 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.