UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTINA M. SCIFRES MD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02262-RLY-MJD |
| | ) | |
| COMMISSIONER, INDIANA DEPARTMENT OF HEALTH in her official capacity, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JUNE 12, 2025**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a telephonic settlement conference. Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Tuesday, August 12, 2025 at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 12 JUN 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.