UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA M. SCIFRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-02262-RLY-MJD |
| | ) |
| COMMISSIONER, INDIANA DEPARTMENT OF HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Stay. [Dkt. 61.] The parties ask the Court to stay the deadlines in this case for 75 days to allow the parties to consider the effect of the ruling in *Purl v. United States Dep't of Health & Hum. Servs.*, No. 2:24-cv-228-Z, 2025 WL 1708137, at *1 (N.D. Tex. June 18, 2025), in which the court vacated the so-called "2024 Rule" that is at issue in this case. The motion is **GRANTED** and the case is hereby **STAYED** pending further order of the Court.

The parties also ask that Plaintiff's motion for preliminary injunction be held in abeyance for 75 days. That request is **GRANTED IN PART** and **DENIED IN PART**. The motion for preliminary injunction [Dkt. 10] is **DENIED**, without prejudice to being refiled, as appropriate, after the stay of this case is lifted so that the briefing of the motion can address the effect of the *Purl* decision on the parties' analysis.

The telephonic status conference scheduled for August 12, 2025, is **CONTINUED** to **Wednesday, September 3, 2025, at 11:30 a.m. (Eastern)**. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. Counsel shall file a status report on or before **August 28, 2025**, that proposes revised case management deadlines, including a schedule for briefing any renewed motion for preliminary injunction.

SO ORDERED.

Dated: 27 JUN 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.